IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CV-45-D

LESLIE JACKSON,

                Plaintiff,

v.                              **ORDER**

AMAZON.COM SERVICES LLC,

                Defendant.

For the reasons stated in defendant's memorandum of law in support of its motion to dismiss [D.E. 6], the court GRANTS defendant's motion to dismiss [D.E. 5] and DISMISSES plaintiff's complaint WITHOUT PREJUDICE.

SO ORDERED. This 20 day of March, 2023.

                                                  JAMES C. DEVER III
                                                  United States District Judge