UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| LESLIE JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT IN A** |
| v. | ) | **CIVIL CASE** |
| | ) | **CASE NO. 5:23-CV-45-D-RJ** |
| AMAZON.COM SERVICES LLC, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendant's motion to dismiss [D.E. 5] and DISMISSES Plaintiff's complaint WITHOUT PREJUDICE.

**This Judgment Filed and Entered on March 20, 2023, and Copies To:**

| | |
|---|---|
| Jasmine R. Little | (via CM/ECF electronic notification) |
| Elizabeth Howe Pratt | (via CM/ECF electronic notification) |
| Leslie Jackson | (via US Mail to 2104 Ravenglass Place, Apt A, Raleigh, NC 27612) |

DATE: March 20, 2023            PETER A. MOORE, JR., CLERK

                                                  (By)  /s/ Stephanie Mann
                                                  Deputy Clerk